DOROTHY LESNIAK COLE v. DONALD SCOTT COLE

No. 290A85

(Filed 5 November 1985)

PLAINTIFF appeals as a matter of right, pursuant to G.S. 7A-30(2), from a decision of a divided panel of the Court of Appeals, 74 N.C. App. 247, 328 S.E. 2d 446 (1985), reversing an Order entered on 8 March 1984 by *Peele, J.,* in District Court, ORANGE County. Heard in the Supreme Court 17 October 1985.

*Hogue & Strickland, by Lucy D. Strickland, for plaintiff-appellant.*

*Clayton, Myrick & McClanahan, by Robert D. McClanahan, for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.